# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KATRINA FITZGERALD**                                                              **PLAINTIFF**

V.                                    **5:19CV260 JM**

**U.S. STEEL OIL WELL SERVICES,**
**LLC and UNITED STEELWORKERS**
**INTERNATIONAL UNION (USW)**                                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

IT IS SO ORDERED this 26th day of May, 2021.

_____
James M. Moody Jr.
United States District