# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KATRINA FITZGERALD                                                                 PLAINTIFF

V.                                    5:19CV00260 JM

U.S. STEEL OILWELL SERVICES LLC;
UNITED STEELWORKERS INTERNATIONAL
UNION                                                                              DEFENDANTS

## ORDER

The Court granted summary judgment to the Defendants on May 26, 2021. Defendants have filed a notice and motion for costs related to the case.

It is within the Court's discretion to tax costs pursuant to 28 U.S.C. § 1920, *et seq*. Defendant U.S. Steel seeks reimbursement of costs for deposition transcripts and copies of Plaintiff's medical records. Defendant United Steelworkers seeks reimbursement of costs for deposition transcripts, a *pro hac vice* filing fee, and a certificate of good standing. Plaintiff has not objected. After review, the Court finds that these costs are recoverable under § 1920. *See* 28 U.S.C. § 1920; s*ee also Craftsmen Limousine, Inc. v. Ford Motor Co.,* 579 F,3d 894 (8th Cir. 2009) (*pro hac vice* fees are recoverable even though not specifically authorized by § 1920).

IT IS THEREFORE ORDERED that U.S. Steel is entitled to costs in the amount of $1,817.25 and United Steelworkers is entitled to costs in the amount of $1,567.50. The Motion for Costs (Docket # 48) is GRANTED.

Dated this 13th day of July, 2021.

_____
James M. Moody Jr
United States District Judge